AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| DAVID TOM | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No.  26 — cv — 14116 — SMM |
| HALO'S PEST ARREST INC. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | .) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  HALO'S PEST ARREST INC.
712 JACKSON ST.
SEBASTIAN, FL 32958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David Tom
1058 Herne Ave
Palm Bay, FL 32907

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Apr 3, 2026
_____

_s/ J. Adams_ _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court