**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DAVID TOM

            PLAINTIFF(S)

       v.

HALO'S PEST ARREST INC.,

            DEFENDANT(S).

CASE NUMBER
  2:26–cv–14116–SMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Halo's Pest Arrest Inc**

as of course, on the date May 12, 2026.

        **Angela E. Noble**
        CLERK OF COURT

        By  _/s/ *Wendie Cendejas*_
        Deputy Clerk

cc:  Magistrate Judge Shaniek Mills Maynard
    David Tom
    1058 Herne Avenue

    Palm Bay, FL
32907

CV–37 (10/01)