**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

DAVID TOM,
    Plaintiff,
v.                                          Case No. 2:26-cv-14116-SMM
                                            SHANIEK MILLS MAYNARD
HALO'S PEST ARREST, INC.                    US Magistrate Judge
    Defendant.
_____/

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Jeffrey Andros, by and through undersigned counsel, hereby provides the following disclosure and list of any and all known persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the parties:

1. David Tom (Plaintiff)

2. Halo's Pest Arrest, Inc. (Defendant)

3. Robert Kyzer (Owner of Halo's Pest Arrest, Inc.)

4. Aaron V. Johnson, Esq. (Defendant's Counsel)

5. Collins Brown Barkett, Chartered (Law Firm for Defendant)

*[Intentionally Left Blank]*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy was served via U.S. Mail on Plaintiff David Tom, Pro Se, 1058 Herne Avenue, Palm Bay, FL 32907, david.m.tom@gmail.com.

Respectfully submitted,

COLLINS BROWN BARKETT, CHARTERED
Counsel for HALO'S PEST ARREST, INC.
756 Beachland Boulevard
Vero Beach, FL 32963
Telephone (772) 231-4343
Primary E-mail: AJohnson@verolaw.com
Secondary E-mail:  Lbixby@verolaw.com

/s/ Aaron V. Johnson
AARON V. JOHNSON, ESQ.
Florida Bar No.: 618098