**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-14116-CIV-MAYNARD**

DAVID TOM,

      **Plaintiff,**

v.

HALO'S PEST ARREST, INC.,

      **Defendant.**

_____/

## ORDER REQUIRING JOINT SCHEDULING REPORT
## AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to confer and jointly file and sign a Joint Scheduling Report by **Wednesday, July 1, 2026.**  The Joint Scheduling Report must contain all of the information specified in Local Rule 16.1 and be accompanied by a Joint Proposed Scheduling Order that is both attached as an exhibit on CM/ECF and sent in Word format via email to maynard@flsd.uscourts.gov.

In addition, by June 12, 2026, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

The Clerk is directed to **MAIL** a copy of this Order to Plaintiff at the address listed

---

[1] The parties must not include Judge Maynard as an interested party unless she has an interest in the litigation.

1

below and enter a Notice of Compliance confirming the same.

      **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of June, 2026.

                                                SHANIEK MILLS MAYNARD
                                                U.S. MAGISTRATE JUDGE

**<u>Copy via U.S. Mail:</u>**
David Tom, *pro se*
1058 Herne Avenue
Palm Bay, FL 32907